AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  11/15/2007 |
| NAME OF SERVER *(PRINT)*  Wayne Nuessle | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served Personally upon Defendant Overseas Shipholding Group, Inc., 666 Third Avenue, New York, NY, By service upon Alan G. Himmelstein, (Asst. General Counsel, authorized to accept service thereof)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/16/2007___
                Date

*Signature of Server*

530 Saw Mill River Road, Elmsford, NY 10523
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Case No.:  07 CV 10307

JASON N. SCORAN,                              Plaintiff(s) Petitioner(s)

against

OVERSEAS SHIPHOLDING GROUP, INC., OSG SHIP
MANAGEMENT, INC., OSG BULK SHIPS, INC. and
NEW ORLEANS TANKER CORPORATION                Defendant(s) Respondent(s)

**AFFIDAVIT
OF
SERVICE**

Westchester County, New York State:          Wayne Nuessle, being sworn, says: Deponent is not a party herein, is over 18 years of age, and resides within New York State.

On November 15, 2007 at 12:10 PM at 666 Third Avenue, New York, NY, deponent served the within Summons in A Civil Action, Civil Cover Sheet, Individual Practices of Judge John G. Koeltl, Individual Practices of Magistrate Judge Debra Freeman, and Complaint upon **Overseas Shipholding Group, Inc.**

Service was effectuated by delivering thereat a true copy of each to Alan G. Himmelstein personally; deponent knew said corporation so served to be the corporation described in same as said recipient and knew said individual to be Assistan General Counsel, an authorized agent thereof.

APPROXIMATE DESCRIPTION:

| | | |
|---|---|---|
| Race: White | Age: 48 | Height: 6'4" |
| Sex: Male | Hair: Brown, Gray | Weight: 230 Lbs. |

Sworn to before me on
November 16, 2007                             WAYNE NUESSLE

REGINA A. TISELLANO
Notary Public, State of New York
No. 01TI6003741
Qualified in Westchester County
Term Expires _____