12-05-007 10:05am  From-CERUSSI & SPRING          9149481579          T-920   P.002/002   F-233

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

JASON M. SCORAN,                                          07 Civ. 10307 (JCA)

        Plaintiff,

   - against -                                         STIPULATION
                                                                EXTENDING TIME
OVERSEAS SHIPHOLDING GROUP, INC.,                         **TO ANSWER OR**
OSG SHIP MANAGEMENT, INC., OSG BULK                       **OTHERWISE MOVE**
SHIPS, INC. and NEW ORELANS TANKER
CORPORATION,
        Defendants.

---------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the time for the Defendants to answer or otherwise move, be and hereby is extended to and including the date of January 5, 2008.

Defendants waive any defenses based upon personal jurisdiction.

HILL, BETTS & NASH LLP                              CERUSSI & SPRING

_____                           _____
Gordon S. Arnott (GSA-8612)                         Thomas F. Cerussi (TC-8676)
Attorneys for Defendants                            Attorneys for Plaintiff
One World Financial Center                          One North Lexington Avenue
200 Liberty Street, 26th Floor                      White Plains, NY 10601-1700
New York, NY 10281                                  (914) 948-1200
(212) 839-7000

So Ordered
_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

Receipt Time Dec. 5. 2007 11:00AM No. 2618