UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JASON N. SCORAN,                              07 Civ. 10307 (JGK)

                  Plaintiff,

– against –                                   **RULE 7.1 STATEMENT**

OVERSEAS SHIPHOLDING GROUP, INC.,
OSG SHIPMANAGEMENT, INC., OSG BULK
SHIPS, INC. and NEW ORLEANS TANKER
CORPORATION,

                  Defendants.
------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the captioned Defendants certifies that OSG Ship Management, Inc., OSG Bulk Ships, Inc. and Overseas New Orleans LLC (sued herein as "New Orleans Tanker Corporation") are all directly or indirectly subsidiaries of Defendant Overseas Shipholding Group, Inc. which is a publicly traded company that trades on the New York Stock exchange under ticker symbol OSG.

Dated: New York, NY
       January 7, 2008

                                            HILL, BETTS & NASH LLP

                                            _____
                                            Gregory O'Neill (GON 1944)
                                            Gordon S. Arnott (GSA 8612)
                                            *Attorneys for Defendants*
                                            One World Financial Center
                                            200 Liberty Street, 26th Fl.
                                            New York, NY 10281
                                            (212) 839-7000

{NY067793.1 }