AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

      SUZANNE SAPORITO, being duly sworn deposes and says, I am not a party to the action and over 18 years of age.

That on the 7th day of January 2008, she served the attached ANSWER upon:

      Cerussi & Spring
      Attorneys for Plaintiff
      One North Lexington Avenue
      White Plains, NY 10601-1700

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                                             SUZANNE SAPORITO

Sworn to before me this
7th day of January 2008

                    
Notary Public

JANET M. WALTERS
NOTARY PUBLIC, State of New York
No. 01WA6060684
Qualified in Kings County
Commission Expires 7-2-11

Document: Document7