UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

JASON N. SCORAN,

        Plaintiff,

- against -

OVERSEAS SHIPHOLDING GROUP, INC.,
OSG SHIP MANAGEMENT, INC., OSG BULK
SHIPS, INC. and NEW ORLEANS TANKER
CORPORATION,

        Defendants.
----------------------------------------x

Docket No.: 07-CV-10307

**NOTICE OF APPEARANCE**

To the Clerk of this Court and All Parties of Record:

Please enter the undersigned's appearance as counsel in the above-captioned matter for the plaintiff, JASON N. SCORAN.

Dated: White Plains, New York
       March 5, 2008

By: _____
Ronald G. Crispi (RG-7149)
A Member Of The Firm
CERUSSI & SPRING
Attorneys for Plaintiff
One North Lexington Avenue
White Plains, New York 10601-1700
Tel. No. (914) 948-1200
Fax No. (914) 948-1579

TO:  Gordon S. Arnott, Esq.
      HILL, BETTS & NASH, LLP
      Attorneys for Defendants
      200 Liberty Street, 26th Floor
      New York, New York  10281
      Tel. No. (212) 839-7000
      Fax No. (212) 466-0514

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

     ELIZABETH FIGUEROA, being duly sworn, deposes and says that she is employed by Cerussi & Spring, attorneys for plaintiff, JASON N. SCORAN, herein, is not a party to this action, is over 18 years of age, and resides in Mahopac, New York. That on the 5th day of March, 2008, I served the within:

### NOTICE OF APPEARANCE

by mailing a copy of same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to:

Gordon S. Arnott, Esq.
HILL, BETTS & NASH, LLP
Attorneys for Defendants
200 Liberty Street, 26th Floor
New York, New York  10281
Tel. No. (212) 839-7000
Fax No. (212) 466-0514

_____
ELIZABETH FIGUEROA

Sworn to before me on this
5th day of March, 2008

_____
Notary Public

THOMAS FRANCIS CERUSSI
Notary Public, State of New York
No. 02CE4971320
Qualified in Westchester County
Commission Expires August 27, 2010