UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JASON SCORAN,

        Plaintiff,

 - against –

OVERSEAS SHIPHOLDING GROUP, INC., et al.,

        Defendants.
------------------------------------------------------------- X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

07 Civ. 10307 (JGK)(DCF)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

 The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _X_ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ___ |

**SO ORDERED.**

DATED: New York, New York
    April 11, 2008

             /s/ John G. Koeltl
             John G. Koeltl
             United States District Judge

* Do not check if already referred for general pretrial.