UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
————————————————————————x
JASON N. SCORAN,                      :
                                      :    CONSENT TO PROCEED BEFORE
                 Plaintiff(s),        :    UNITED STATES MAGISTRATE JUDGE
                                      :
          - against -                 :     07   Civ. 10307    ( JGK )( DCF )
                                      :
OVERSEAS SHIPHOLDING GROUP,            :
INC., ET AL.,                         :
                 Defendant(s).        :
————————————————————————x
```

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_Thomas F. Cerussi (TC-8676)_    _James E. Forde (JF-5194)_

Attorney(s) for Plaintiff(s) Cerussi & Spring   Attorney(s) for Defendant(s) Hill, Betts & Nash, LLP
Address One North Lexington Avenue   Address 200 Liberty Street
White Plains, New York 10601   New York, New York 10281
Telephone (914) 948-1200   Telephone (212) 839-7000

Attorney(s) for _____   Attorney(s) for _____
Address _____   Address _____
Telephone _____   Telephone _____

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____   U.S.D.J.
Hon. John G. Koetl

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.