```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

JASON N. SCORAN,                        :

                    Plaintiff(s),        :        CONSENT TO PROCEED BEFORE
                                         :        UNITED STATES MAGISTRATE JUDGE
                                         :
              - against -                :        _07_ Civ. _10307_____ ( JGK ) ( DCF )
                                         :
OVERSEAS SHIPHOLDING GROUP,              :
INC., ET AL.,                            :
                    Defendant(s).        :

-----------------------------------------x

IT IS HEREBY STIPULATED by the undersigned:

　　　　1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

　　　　2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Thomas F. Cerussi (TC-8676)              James E. Forde (JF-5794)
Attorney(s) for Plaintiff(s) Cerussi & Spring    Attorney(s) for Defendant(s) Hill, Betts & Nash, LLP
Address One North Lexington Avenue              Address 200 Liberty Street
White Plains, New York 10601                    New York, New York  10281
Telephone (914) 948-1200                        Telephone (212) 839-7000

Attorney(s) for _____          Attorney(s) for _____
Address                                   Address
Telephone                                 Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
Hon. John G. Koetl                       U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For:  Clerk U.S.D.C. S.D.N.Y.