UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON N. SCORAN,

        Plaintiff,

- against -

OVERSEAS SHIPHOLDING GROUP, INC.,
OSG SHIP MANAGEMENT, INC., OSG BULK
SHIPS, INC. and NEW ORLEANS TANKER
CORPORATION,

        Defendants.
------------------------------------------------------------x

07-CV-10307 (JGK) (DCF)

**REVISED SCHEDULING ORDER**

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6/26/08]*

DEBRA C. FREEMAN, Magistrate Judge:

1. Defendants shall provide responses to Plaintiff's outstanding Interrogatory requests and Request for Production of Document requests on or before July 15, 2008;

2. The deposition of the Plaintiff, Jason Scoran, shall take place on or before July 31, 2008;

3. A telephone status conference shall be held with the Court and all parties on August 11, 2008 at 10:00 a.m.;

4. Plaintiff's Damage Expert Disclosures under Federal Rule 26(a)(2) shall be served on or before August 15, 2008;

5. The deposition of Defendants by its Chief Engineer, Edward Hastings, shall take place on or before August 30, 2008;

6. Defendants' Damage Expert Disclosures under Federal Rule 26(a)(2) shall be served on or before August 30, 2008;

7. The deposition of Defendants by its Bosun, Samuel Duah, shall take place on or before September 10, 2008;

8. Plaintiff's Liability Expert Disclosure under Federal Rule 26(a)(2) shall be served on or before October 1, 2008;

9. Defendants' Liability Expert Disclosure under Federal Rule 26(a)(2) shall be served on or before October 15, 2008;

10. All discovery shall be completed on or before November 1, 2008;

11. Dispositive motions of the parties, if any, shall be filed with the Court by December 1, 2008; and

12. A Joint Pre-Trial Order shall be submitted to the Court by December 15, 2008.

Dated: June 26, 2008

So-Ordered By:

_____
Magistrate Judge Debra C. Freeman

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK