UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JASON N. SCORAN,                                         07 Civ. 10307 (JGK)

                       Plaintiff,
                                                                            **NOTICE OF MOTION**

  – against –

OVERSEAS SHIPHOLDING GROUP, INC.,
OSG SHIPMANAGEMENT, INC., OSG BULK
SHIPS, INC. and NEW ORLEANS TANKER
CORPORATION,

                       Defendants.
----------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the attached letter Memorandum of Law in Support of the motion to permit defendants to commence a third-party action against Camden First Aid Associates as per order of this Court and pursuant to Rule 14(a) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
            August 29, 2008

                                         HILL, BETTS & NASH LLP

                                         By _/s/ James E. Forde_
                                         James E. Forde
                                         Attorneys for Defendants
                                         One World Financial Center
                                         200 Liberty Street, 26th Floor
                                         New York, New York 10281-1003
                                         (212) 839-7000

{NY076633.1}